GEOFFREY PILLER, SBN 127001
LORRIE E. BRADLEY, SBN 309411
**BEESON, TAYER & BODINE, APC**
483 Ninth Street, 2nd Floor
Oakland, CA 94607-4051
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: gpiller@beesontayer.com
lbradley@beesontayer.com

Attorneys for Defendant
EAST BAY DRAYAGE DRIVERS SECURITY FUND

JONATHAN A. STIEGLITZ, SBN 278028
**THE LAW OFFICES OF JONATHAN A. STIEGLITZ**
11845 Olympic Blvd., Suite 800
Los Angeles, CA 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748
Email: jonathanastieglitz@gmail.com

Attorneys for Plaintiff
CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE

JS-6

FILED
CLERK, U.S. DISTRICT COURT
June 19, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>EAST BAY DRAYAGE DRIVERS SECURITY FUND,<br><br>Defendant. | Case No. 18-CV-02862-SJO-Ex<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND TO STATE COURT**<br><br>Complaint Filed: Feb. 20, 2018<br>Trial Date: None set |

Pursuant to the joint stipulation of the parties and good cause appearing, it is hereby ordered that this action shall be remanded to state court, each side to bear its

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND TO STATE COURT
Case No. 18-CV-02862-SJO-Ex

742018.docx

own fees and costs in connection with removal and remand, and that all matters currently scheduled before this Court are hereby vacated.

SO ORDERED.

Dated: June 19, 2018

*S. James Otero*
_____
Hon. S. James Otero
Judge of the District Court